**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **ANDRE WINGO,** | ) | |
| **Petitioner,** | ) | |
| **v.** | ) | **No. 3:09-CV-2111-N** |
| | ) | |
| **CARLA STONE, Administrator Kaufman** | ) | |
| **County Jail,** | ) | |
| **Respondent.** | ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the

Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are

adopted as the findings and conclusions of the Court.

Signed July 22, 2010.


_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE